Nos. 358, 359. GIGLIOTTI, Appellant, v. COCA-COLA BOTTLING COMPANY, Respondent. [Case No. 358.]
KOSTOPULOS, Appellant, v. COCA-COLA BOTTLING COMPANY, Respondent. [Case No. 359.]

(Also reported in 224 N. W. 2d 214.)

The cause was submitted for the appellants on the brief of *Michael F. Hupy* and *Eisenberg & Kletzke,* all of Milwaukee; and for the respondent on the brief of *Borgelt, Powell, Peterson & Frauen,* attorneys, and *Joseph D. McDevitt,* of counsel, all of Milwaukee.

Judgments affirmed.